**EXHIBIT** B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Friedman, Berwyn**
**Investor Acct. 6-0029 & 6-2124**

| | | Deposits (Investment) | Payments to Investor | Balance ((Profit)/ Loss) |
|---|---|---|---|---|
| Investor: | Friedman, Berwyn | $ 3,135,587.00 | $ (7,471,235.00) | $ (4,335,648.00) |

**Friedman, Berwyn - Deposits:**

| Bank Name | Account # | Date | Payor/Payee | Amount | Cumulative Total |
|---|---|---|---|---|---|
| CNB | 22414410 | 03/12/97 | Friedman, Berwyn | $ 14,900.00 | $ 14,900.00 |
| CNB | 22414410 | 04/29/97 | Friedman, Berwyn | $ 7,450.00 | $ 22,350.00 |
| CNB | 22414410 | 04/29/97 | Friedman, Berwyn | $ 7,450.00 | $ 29,800.00 |
| CNB | 22414410 | 08/08/97 | Friedman, Berwyn | $ 14,900.00 | $ 44,700.00 |
| CNB | 22414410 | 11/05/97 | Friedman, Berwyn | $ 14,900.00 | $ 59,600.00 |
| CNB | 22414410 | 01/09/98 | Friedman, Berwyn | $ 22,350.00 | $ 81,950.00 |
| CNB | 22414410 | 01/30/98 | Friedman, Berwyn | $ 14,900.00 | $ 96,850.00 |
| CNB | 22414410 | 03/11/98 | Friedman, Berwyn | $ 17,500.00 | $ 114,350.00 |
| CNB | 22414410 | 05/25/98 | Friedman, Berwyn | $ 24,000.00 | $ 138,350.00 |
| CNB | 22414410 | 09/14/98 | Friedman, Berwyn | $ 11,500.00 | $ 149,850.00 |
| CNB | 22414410 | 12/17/98 | Friedman, Berwyn | $ 22,000.00 | $ 171,850.00 |
| CNB | 22414410 | 03/24/99 | Friedman, Berwyn | $ 11,000.00 | $ 182,850.00 |
| CNB | 22414410 | 06/01/99 | Friedman, Berwyn | $ 8,500.00 | $ 191,350.00 |
| CNB | 22414410 | 06/01/99 | Friedman, Berwyn | $ 8,500.00 | $ 199,850.00 |
| CNB | 22414410 | 10/04/99 | Friedman, Berwyn | $ 8,500.00 | $ 208,350.00 |
| CNB | 22414410 | 10/04/99 | Friedman, Berwyn | $ 8,500.00 | $ 216,850.00 |
| CNB | 22414410 | 02/24/00 | Friedman, Berwyn | $ 17,000.00 | $ 233,850.00 |
| CNB | 22414410 | 02/24/00 | Friedman, Berwyn | $ 11,000.00 | $ 244,850.00 |
| CNB | 22414410 | 06/07/00 | Friedman, Berwyn | $ 22,000.00 | $ 266,850.00 |
| CNB | 22414410 | 10/02/00 | Friedman, Berwyn | $ 17,000.00 | $ 283,850.00 |
| CNB | 22414410 | 01/31/01 | Friedman, Berwyn | $ 17,000.00 | $ 300,850.00 |
| CNB | 22414410 | 03/01/01 | Friedman, Berwyn | $ 17,000.00 | $ 317,850.00 |
| CNB | 22414410 | 07/19/01 | Friedman, Berwyn | $ 17,000.00 | $ 334,850.00 |
| CNB | 22414410 | 02/11/02 | Friedman, Berwyn | $ 44,000.00 | $ 378,850.00 |
| CNB | 22414410 | 04/12/02 | Friedman, Berwyn | $ 44,000.00 | $ 422,850.00 |
| CNB | 22414410 | 06/06/03 | Friedman, Berwyn | $ 21,500.00 | $ 444,350.00 |
| CNB | 22414410 | 12/08/03 | Friedman, Berwyn | $ 17,000.00 | $ 461,350.00 |
| CNB | 22414410 | 10/12/04 | Friedman, Berwyn | $ 68,000.00 | $ 529,350.00 |
| CNB | 22414410 | 06/01/05 | Friedman, Berwyn | $ 51,000.00 | $ 580,350.00 |
| CNB | 22414410 | 10/12/05 | Friedman, Berwyn | $ 24,000.00 | $ 604,350.00 |
| CNB | 22414410 | 09/26/06 | Friedman, Berwyn | $ 68,000.00 | $ 672,350.00 |
| CNB | 22414410 | 04/17/07 | Friedman, Berwyn | $ 85,000.00 | $ 757,350.00 |
| Gillis NBOC | 3008487 | 01/24/08 | Friedman, Berwyn | $ 51,000.00 | $ 808,350.00 |
| CNB | 22414410 | 11/26/08 | Friedman, Berwyn | $ 610.50 | $ 808,960.50 |
| CNB | 22414410 | 06/30/09 | Friedman, Berwyn | $ 204,000.00 | $ 1,012,960.50 |
| CNB | 22414410 | 01/26/11 | Friedman, Berwyn | $ 626.50 | $ 1,013,587.00 |
| CNB | 22414410 | 04/01/11 | Friedman, Berwyn | $ 480,000.00 | $ 1,493,587.00 |
| CNB | 22414410 | 10/21/11 | Friedman, Berwyn | $ 442,000.00 | $ 1,935,587.00 |
| CNB | 22414410 | 05/01/12 | Friedman, Berwyn | $ 120,000.00 | $ 2,055,587.00 |
| CNB | 22414410 | 09/04/12 | Friedman, Berwyn | $ 360,000.00 | $ 2,415,587.00 |
| CNB | 22414410 | 05/28/13 | Friedman, Berwyn | $ 132,000.00 | $ 2,547,587.00 |
| CNB | 22414410 | 08/16/13 | Friedman, Berwyn | $ 200,000.00 | $ 2,747,587.00 |
| CNB | 22414410 | 08/16/13 | Friedman, Berwyn | $ 4,000.00 | $ 2,751,587.00 |
| CNB | 22414410 | 04/04/14 | Friedman, Berwyn | $ 240,000.00 | $ 2,991,587.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grand Point | 102015823 | 08/22/14 | Friedman, Berwyn | $ | 114,000.00 | $ | 3,105,587.00 |
| Grand Point | 102015823 | 08/26/14 | Friedman, Berwyn | $ | 30,000.00 | $ | 3,135,587.00 |
| | | | Total | $ | 3,135,587.00 | | |

**Friedman, Berwyn - Payments from NASI:**

| Bank Name | Account # | Date | Payor/Payee | | Amount | | Cumulative Total | | Annual |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 04/01/97 | Friedman, Berwyn | $ | (248.33) | $ | (248.33) | | |
| CNB | 22414399 | 05/01/97 | Friedman, Berwyn | $ | (496.67) | $ | (745.00) | | |
| CNB | 22414399 | 06/01/97 | Friedman, Berwyn | $ | (496.67) | $ | (1,241.67) | | |
| CNB | 22414399 | 07/01/97 | Friedman, Berwyn | $ | (496.67) | $ | (1,738.33) | | |
| CNB | 22414399 | 08/01/97 | Friedman, Berwyn | $ | (496.67) | $ | (2,235.00) | | |
| CNB | 22414399 | 09/01/97 | Friedman, Berwyn | $ | (745.00) | $ | (2,980.00) | | |
| CNB | 22414399 | 10/01/97 | Friedman, Berwyn | $ | (745.00) | $ | (3,725.00) | | |
| CNB | 22414399 | 11/01/97 | Friedman, Berwyn | $ | (745.00) | $ | (4,470.00) | | |
| CNB | 22414399 | 12/01/97 | Friedman, Berwyn | $ | (993.33) | $ | (5,463.33) | $ | (5,463.33) |
| CNB | 22414399 | 01/01/98 | Friedman, Berwyn | $ | (993.33) | $ | (6,456.67) | | |
| CNB | 22414399 | 02/01/98 | Friedman, Berwyn | $ | (1,614.17) | $ | (8,070.83) | | |
| CNB | 22414399 | 03/01/98 | Friedman, Berwyn | $ | (1,614.17) | $ | (9,685.00) | | |
| CNB | 22414399 | 04/01/98 | Friedman, Berwyn | $ | (1,905.83) | $ | (11,590.83) | | |
| CNB | 22414399 | 05/01/98 | Friedman, Berwyn | $ | (1,905.83) | $ | (13,496.67) | | |
| CNB | 22414399 | 06/01/98 | Friedman, Berwyn | $ | (2,305.83) | $ | (15,802.50) | | |
| CNB | 22414399 | 07/01/98 | Friedman, Berwyn | $ | (2,305.83) | $ | (18,108.33) | | |
| CNB | 22414399 | 08/01/98 | Friedman, Berwyn | $ | (2,305.83) | $ | (20,414.17) | | |
| CNB | 22414399 | 09/01/98 | Friedman, Berwyn | $ | (2,305.83) | $ | (22,720.00) | | |
| CNB | 22414399 | 10/01/98 | Friedman, Berwyn | $ | (2,497.50) | $ | (25,217.50) | | |
| CNB | 22414399 | 11/01/98 | Friedman, Berwyn | $ | (2,497.50) | $ | (27,715.00) | | |
| CNB | 22414399 | 12/01/98 | Friedman, Berwyn | $ | (2,497.50) | $ | (30,212.50) | $ | (24,749.17) |
| CNB | 22414399 | 01/01/99 | Friedman, Berwyn | $ | (2,864.17) | $ | (33,076.67) | | |
| CNB | 22414399 | 02/01/99 | Friedman, Berwyn | $ | (2,864.17) | $ | (35,940.83) | | |
| CNB | 22414399 | 03/01/99 | Friedman, Berwyn | $ | (2,864.17) | $ | (38,805.00) | | |
| CNB | 22414399 | 04/01/99 | Friedman, Berwyn | $ | (3,047.50) | $ | (41,852.50) | | |
| CNB | 22414399 | 05/01/99 | Friedman, Berwyn | $ | (3,047.50) | $ | (44,900.00) | | |
| CNB | 22414399 | 06/01/99 | Friedman, Berwyn | $ | (3,047.50) | $ | (47,947.50) | | |
| CNB | 22414399 | 07/01/99 | Friedman, Berwyn | $ | (3,330.83) | $ | (51,278.33) | | |
| CNB | 22414399 | 08/01/99 | Friedman, Berwyn | $ | (3,330.83) | $ | (54,609.17) | | |
| CNB | 22414399 | 09/01/99 | Friedman, Berwyn | $ | (3,330.83) | $ | (57,940.00) | | |
| CNB | 22414399 | 10/01/99 | Friedman, Berwyn | $ | (3,330.83) | $ | (61,270.83) | | |
| CNB | 22414399 | 11/01/99 | Friedman, Berwyn | $ | (3,614.17) | $ | (64,885.00) | | |
| CNB | 22414399 | 12/01/99 | Friedman, Berwyn | $ | (3,614.17) | $ | (68,499.17) | $ | (38,286.67) |
| CNB | 22414399 | 01/01/00 | Friedman, Berwyn | $ | (3,614.17) | $ | (72,113.33) | | |
| CNB | 22414399 | 02/01/00 | Friedman, Berwyn | $ | (3,614.17) | $ | (75,727.50) | | |
| CNB | 22414399 | 03/01/00 | Friedman, Berwyn | $ | (4,080.83) | $ | (79,808.33) | | |
| CNB | 22414399 | 04/01/00 | Friedman, Berwyn | $ | (4,080.83) | $ | (83,889.17) | | |
| CNB | 22414399 | 05/01/00 | Friedman, Berwyn | $ | (4,080.83) | $ | (87,970.00) | | |
| CNB | 22414399 | 06/01/00 | Friedman, Berwyn | $ | (4,080.83) | $ | (92,050.83) | | |
| CNB | 22414399 | 07/01/00 | Friedman, Berwyn | $ | (4,447.50) | $ | (96,498.33) | | |
| CNB | 22414399 | 08/01/00 | Friedman, Berwyn | $ | (4,447.50) | $ | (100,945.83) | | |
| CNB | 22414399 | 09/01/00 | Friedman, Berwyn | $ | (4,447.50) | $ | (105,393.33) | | |
| CNB | 22414399 | 10/01/00 | Friedman, Berwyn | $ | (4,447.50) | $ | (109,840.83) | | |
| CNB | 22414399 | 11/01/00 | Friedman, Berwyn | $ | (4,730.83) | $ | (114,571.67) | | |
| CNB | 22414399 | 12/01/00 | Friedman, Berwyn | $ | (4,730.83) | $ | (119,302.50) | $ | (50,803.33) |
| CNB | 22414399 | 01/01/01 | Friedman, Berwyn | $ | (4,730.83) | $ | (124,033.33) | | |
| CNB | 22414399 | 02/01/01 | Friedman, Berwyn | $ | (5,014.17) | $ | (129,047.50) | | |
| CNB | 22414399 | 03/01/01 | Friedman, Berwyn | $ | (5,014.17) | $ | (134,061.67) | | |
| CNB | 22414399 | 04/01/01 | Friedman, Berwyn | $ | (5,297.50) | $ | (139,359.17) | | |
| CNB | 22414399 | 05/01/01 | Friedman, Berwyn | $ | (5,297.50) | $ | (144,656.67) | | |
| CNB | 22414399 | 06/01/01 | Friedman, Berwyn | $ | (5,297.50) | $ | (149,954.17) | | |

| Bank Name | Account # | Date | Payor/Payee | | Amount | | Cumulative Total | | Annual |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 07/01/01 | Friedman, Berwyn | $ | (5,297.50) | $ | (155,251.67) | | |
| CNB | 22414399 | 08/01/01 | Friedman, Berwyn | $ | (5,580.83) | $ | (160,832.50) | | |
| CNB | 22414399 | 09/01/01 | Friedman, Berwyn | $ | (5,580.83) | $ | (166,413.33) | | |
| CNB | 22414399 | 10/01/01 | Friedman, Berwyn | $ | (5,580.83) | $ | (171,994.17) | | |
| CNB | 22414399 | 11/01/01 | Friedman, Berwyn | $ | (5,580.83) | $ | (177,575.00) | | |
| CNB | 22414399 | 12/01/01 | Friedman, Berwyn | $ | (5,580.83) | $ | (183,155.83) | $ | (63,853.33) |
| CNB | 22414399 | 01/01/02 | Friedman, Berwyn | $ | (5,580.83) | $ | (188,736.67) | | |
| CNB | 22414399 | 02/01/02 | Friedman, Berwyn | $ | (5,580.83) | $ | (194,317.50) | | |
| CNB | 22414399 | 03/01/02 | Friedman, Berwyn | $ | (6,864.17) | $ | (201,181.67) | | |
| CNB | 22414399 | 04/01/02 | Friedman, Berwyn | $ | (6,864.17) | $ | (208,045.83) | | |
| CNB | 22414399 | 05/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (215,643.33) | | |
| CNB | 22414399 | 06/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (223,240.83) | | |
| CNB | 22414399 | 07/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (230,838.33) | | |
| CNB | 22414399 | 08/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (238,435.83) | | |
| CNB | 22414399 | 09/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (246,033.33) | | |
| CNB | 22414399 | 10/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (253,630.83) | | |
| CNB | 22414399 | 11/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (261,228.33) | | |
| CNB | 22414399 | 12/01/02 | Friedman, Berwyn | $ | (7,597.50) | $ | (268,825.83) | $ | (85,670.00) |
| CNB | 22414399 | 01/01/03 | Friedman, Berwyn | $ | (7,597.50) | $ | (276,423.33) | | |
| CNB | 22414399 | 02/01/03 | Friedman, Berwyn | $ | (7,597.50) | $ | (284,020.83) | | |
| CNB | 22414399 | 03/01/03 | Friedman, Berwyn | $ | (7,597.50) | $ | (291,618.33) | | |
| CNB | 22414399 | 04/01/03 | Friedman, Berwyn | $ | (7,597.50) | $ | (299,215.83) | | |
| CNB | 22414399 | 05/01/03 | Friedman, Berwyn | $ | (7,597.50) | $ | (306,813.33) | | |
| CNB | 22414399 | 06/01/03 | Friedman, Berwyn | $ | (7,597.50) | $ | (314,410.83) | | |
| CNB | 22414399 | 07/01/03 | Friedman, Berwyn | $ | (7,955.83) | $ | (322,366.67) | | |
| CNB | 22414399 | 08/01/03 | Friedman, Berwyn | $ | (7,955.83) | $ | (330,322.50) | | |
| CNB | 22414399 | 09/01/03 | Friedman, Berwyn | $ | (7,955.83) | $ | (338,278.33) | | |
| CNB | 22414399 | 10/01/03 | Friedman, Berwyn | $ | (7,955.83) | $ | (346,234.17) | | |
| CNB | 22414399 | 11/01/03 | Friedman, Berwyn | $ | (7,955.83) | $ | (354,190.00) | | |
| CNB | 22414399 | 12/01/03 | Friedman, Berwyn | $ | (7,955.83) | $ | (362,145.83) | $ | (93,320.00) |
| CNB | 22414399 | 01/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (370,385.00) | | |
| CNB | 22414399 | 02/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (378,624.17) | | |
| CNB | 22414399 | 03/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (386,863.33) | | |
| CNB | 22414399 | 04/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (395,102.50) | | |
| CNB | 22414399 | 05/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (403,341.67) | | |
| CNB | 22414399 | 06/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (411,580.83) | | |
| CNB | 22414399 | 07/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (419,820.00) | | |
| CNB | 22414399 | 08/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (428,059.17) | | |
| CNB | 22414399 | 09/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (436,298.33) | | |
| CNB | 22414399 | 10/01/04 | Friedman, Berwyn | $ | (8,239.17) | $ | (444,537.50) | | |
| CNB | 22414399 | 11/01/04 | Friedman, Berwyn | $ | (9,372.50) | $ | (453,910.00) | | |
| CNB | 22414399 | 12/01/04 | Friedman, Berwyn | $ | (9,372.50) | $ | (463,282.50) | $ | (101,136.67) |
| CNB | 22414399 | 01/01/05 | Friedman, Berwyn | $ | (9,372.50) | $ | (472,655.00) | | |
| CNB | 22414399 | 02/01/05 | Friedman, Berwyn | $ | (9,372.50) | $ | (482,027.50) | | |
| CNB | 22414399 | 03/01/05 | Friedman, Berwyn | $ | (9,372.50) | $ | (491,400.00) | | |
| CNB | 22414399 | 04/01/05 | Friedman, Berwyn | $ | (9,372.50) | $ | (500,772.50) | | |
| CNB | 22414399 | 05/01/05 | Friedman, Berwyn | $ | (9,372.50) | $ | (510,145.00) | | |
| CNB | 22414399 | 06/01/05 | Friedman, Berwyn | $ | (9,372.50) | $ | (519,517.50) | | |
| CNB | 22414399 | 07/01/05 | Friedman, Berwyn | $ | (10,222.50) | $ | (529,740.00) | | |
| CNB | 22414399 | 08/01/05 | Friedman, Berwyn | $ | (10,222.50) | $ | (539,962.50) | | |
| CNB | 22414399 | 09/01/05 | Friedman, Berwyn | $ | (10,222.50) | $ | (550,185.00) | | |
| CNB | 22414399 | 10/01/05 | Friedman, Berwyn | $ | (10,222.50) | $ | (560,407.50) | | |
| CNB | 22414399 | 11/01/05 | Friedman, Berwyn | $ | (10,622.50) | $ | (571,030.00) | | |
| CNB | 22414399 | 12/01/05 | Friedman, Berwyn | $ | (10,622.50) | $ | (581,652.50) | $ | (118,370.00) |
| **CNB** | **22414399** | **01/05/06** | **Berwyn L. Friedman TTEE** | | **(16,438.00)** | $ | **(598,090.50)** | | |
| CNB | 22414399 | 02/06/06 | Berwyn L. Friedman TTEE | $ | (16,837.50) | $ | (614,928.00) | | |
| CNB | 22414399 | 03/06/06 | Berwyn L. Friedman TTEE | $ | (16,873.00) | $ | (631,801.00) | | |
| CNB | 22414399 | 04/06/06 | Berwyn L. Friedman TTEE | $ | (16,769.50) | $ | (648,570.50) | | |

| Bank Name | Account # | Date | Payor/Payee | | Amount | | Cumulative Total | | Annual |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 05/05/06 | Berwyn L. Friedman TTEE | $ | (16,866.00) | $ | (665,436.50) | | |
| CNB | 22414399 | 06/21/06 | Berwyn L. Friedman TTEE | $ | (16,792.00) | $ | (682,228.50) | | |
| CNB | 22414399 | 07/07/06 | Berwyn L. Friedman TTEE | $ | (16,846.00) | $ | (699,074.50) | | |
| CNB | 22414399 | 08/04/06 | Berwyn L. Friedman TTEE | $ | (16,864.00) | $ | (715,938.50) | | |
| CNB | 22414399 | 09/07/06 | Berwyn L. Friedman TTEE | $ | (16,888.00) | $ | (732,826.50) | | |
| CNB | 22414399 | 10/05/06 | Berwyn L. Friedman TTEE | $ | (16,911.00) | $ | (749,737.50) | | |
| CNB | 22414399 | 11/03/06 | Berwyn L. Friedman TTEE | $ | (16,875.50) | $ | (766,613.00) | | |
| CNB | 22414399 | 12/07/06 | Berwyn L. Friedman TTEE | $ | (20,083.00) | $ | (786,696.00) | | |
| CNB | 22414399 | 12/31/06 | Berwyn L. Friedman, TTEE | $ | (20,060.50) | $ | (806,756.50) | $ | (225,104.00) |
| CNB | 22414399 | 02/13/07 | Berwyn L. Friedman, TTEE | $ | (20,021.50) | $ | (826,778.00) | | |
| CNB | 22414399 | 03/01/07 | Berwyn L. Friedman, TTEE | $ | (20,055.50) | $ | (846,833.50) | | |
| CNB | 22414399 | 04/01/07 | Berwyn L. Friedman, TTEE | $ | (19,987.50) | $ | (866,821.00) | | |
| CNB | 22414399 | 05/01/07 | Berwyn L. Friedman, TTEE | $ | (19,903.50) | $ | (886,724.50) | | |
| CNB | 22414399 | 06/01/07 | Berwyn L. Friedman, TTEE | $ | (19,870.00) | $ | (906,594.50) | | |
| CNB | 22414399 | 07/01/07 | Berwyn L. Friedman, TTEE | $ | (23,851.00) | $ | (930,445.50) | | |
| CNB | 22414399 | 08/01/07 | Berwyn L. Friedman, TTEE | $ | (23,871.00) | $ | (954,316.50) | | |
| CNB | 22414399 | 09/06/07 | Friedman, Berwyn | $ | (23,865.50) | $ | (978,182.00) | | |
| CNB | 22414399 | 10/10/07 | Friedman, Berwyn | $ | (23,806.00) | $ | (1,001,988.00) | | |
| CNB | 22414399 | 11/06/07 | Friedman, Berwyn | $ | (23,814.50) | $ | (1,025,802.50) | | |
| CNB | 22414399 | 12/05/07 | Friedman, Berwyn | $ | (23,816.50) | $ | (1,049,619.00) | $ | (242,862.50) |
| CNB | 22414399 | 01/07/08 | Friedman, Berwyn | $ | (23,816.00) | $ | (1,073,435.00) | | |
| CNB | 22414399 | 02/06/08 | Friedman, Berwyn | $ | (23,840.00) | $ | (1,097,275.00) | | |
| CNB | 22414399 | 03/05/08 | Friedman, Berwyn | $ | (23,481.00) | $ | (1,120,756.00) | | |
| CNB | 22414399 | 04/04/08 | Friedman, Berwyn | $ | (25,863.00) | $ | (1,146,619.00) | | |
| CNB | 22414399 | 05/06/08 | Friedman, Berwyn | $ | (25,782.50) | $ | (1,172,401.50) | | |
| CNB | 22414399 | 06/05/08 | Friedman, Berwyn | $ | (25,777.00) | $ | (1,198,178.50) | | |
| CNB | 22414399 | 08/07/08 | Friedman, Berwyn | $ | (25,747.00) | $ | (1,223,925.50) | | |
| CNB | 22414399 | 08/07/08 | Friedman, Berwyn | $ | (25,669.00) | $ | (1,249,594.50) | | |
| CNB | 22414399 | 09/04/08 | Friedman, Berwyn | $ | (25,641.00) | $ | (1,275,235.50) | | |
| CNB | 22414399 | 10/06/08 | Friedman, Berwyn | $ | (25,659.00) | $ | (1,300,894.50) | | |
| CNB | 22414399 | 11/12/08 | Friedman, Berwyn | $ | (26,294.00) | $ | (1,327,188.50) | | |
| CNB | 22414399 | 12/05/08 | Friedman, Berwyn | $ | (25,627.50) | $ | (1,352,816.00) | $ | (303,197.00) |
| CNB | 22414399 | 01/08/09 | Friedman, Berwyn | $ | (25,537.50) | $ | (1,378,353.50) | | |
| CNB | 22414399 | 02/05/09 | Friedman, Berwyn | $ | (33,499.50) | $ | (1,411,853.00) | | |
| CNB | 22414399 | 03/18/09 | Friedman, Berwyn | $ | (33,435.50) | $ | (1,445,288.50) | | |
| CNB | 22414399 | 04/06/09 | Friedman, Berwyn | $ | (33,377.50) | $ | (1,478,666.00) | | |
| CNB | 22414399 | 05/06/09 | Friedman, Berwyn | $ | (33,401.50) | $ | (1,512,067.50) | | |
| CNB | 22414399 | 06/04/09 | Friedman, Berwyn | $ | (33,375.50) | $ | (1,545,443.00) | | |
| CNB | 22414399 | 07/06/09 | Friedman, Berwyn | $ | (33,433.50) | $ | (1,578,876.50) | | |
| CNB | 22414399 | 08/07/09 | Friedman, Berwyn | $ | (33,413.00) | $ | (1,612,289.50) | | |
| CNB | 22414399 | 09/04/09 | Friedman, Berwyn | $ | (42,509.00) | $ | (1,654,798.50) | | |
| CNB | 22414399 | 10/07/09 | Friedman, Berwyn | $ | (42,517.50) | $ | (1,697,316.00) | | |
| CNB | 22414399 | 11/03/09 | Friedman, Berwyn | $ | (42,540.00) | $ | (1,739,856.00) | | |
| CNB | 22414399 | 12/04/09 | Friedman, Berwyn | $ | (42,532.50) | $ | (1,782,388.50) | $ | (429,572.50) |
| CNB | 22414399 | 01/06/10 | Friedman, Berwyn | $ | (42,560.00) | $ | (1,824,948.50) | | |
| CNB | 22414399 | 02/08/10 | Friedman, Berwyn | $ | (42,598.50) | $ | (1,867,547.00) | | |
| CNB | 22414399 | 03/09/10 | Friedman, Berwyn | $ | (42,606.50) | $ | (1,910,153.50) | | |
| CNB | 22414399 | 04/06/10 | Friedman, Berwyn | $ | (56,264.50) | $ | (1,966,418.00) | | |
| CNB | 22414399 | 05/05/10 | Friedman, Berwyn | $ | (56,307.00) | $ | (2,022,725.00) | | |
| CNB | 22414399 | 06/02/10 | Friedman, Berwyn | $ | (56,324.50) | $ | (2,079,049.50) | | |
| CNB | 22414399 | 07/02/10 | Friedman, Berwyn | $ | (56,345.00) | $ | (2,135,394.50) | | |
| CNB | 22414399 | 08/05/10 | Friedman, Berwyn | $ | (56,388.00) | $ | (2,191,782.50) | | |
| CNB | 22414399 | 09/10/10 | Friedman, Berwyn | $ | (56,380.00) | $ | (2,248,162.50) | | |
| CNB | 22414399 | 09/27/10 | Friedman, Berwyn | $ | (13,600.00) | $ | (2,261,762.50) | | |
| CNB | 22414399 | 10/05/10 | Friedman, Berwyn | $ | (56,416.50) | $ | (2,318,179.00) | | |
| CNB | 22414399 | 10/05/10 | Friedman, Berwyn | $ | (13,600.00) | $ | (2,331,779.00) | | |
| CNB | 22414399 | 11/03/10 | Friedman, Berwyn | $ | (69,591.50) | $ | (2,401,370.50) | | |
| CNB | 22414399 | 11/10/10 | Friedman, Berwyn | $ | (400.50) | $ | (2,401,771.00) | | |

| Bank Name | Account # | Date | Payor/Payee | Amount | Cumulative Total | Annual |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 12/03/10 | Friedman, Berwyn | $ (70,066.00) | $ (2,471,837.00) | $ (689,448.50) |
| CNB | 22414399 | 01/05/11 | Friedman, Berwyn | $ (70,117.00) | $ (2,541,954.00) | |
| CNB | 22414399 | 02/04/11 | Friedman, Berwyn | $ (70,161.00) | $ (2,612,115.00) | |
| CNB | 22414399 | 03/03/11 | Friedman, Berwyn | $ (70,156.50) | $ (2,682,271.50) | |
| CNB | 22414399 | 04/05/11 | Friedman, Berwyn | $ (70,107.50) | $ (2,752,379.00) | |
| CNB | 22414399 | 05/04/11 | Friedman, Berwyn | $ (70,160.00) | $ (2,822,539.00) | |
| CNB | 22414399 | 06/07/11 | Friedman, Berwyn | $ (70,091.50) | $ (2,892,630.50) | |
| CNB | 22414399 | 06/08/11 | Friedman, Berwyn | $ (11,624.00) | $ (2,904,254.50) | |
| CNB | 22414399 | 07/06/11 | Friedman, Berwyn | $ (70,130.00) | $ (2,974,384.50) | |
| CNB | 22414399 | 07/07/11 | Friedman, Berwyn | $ (11,234.00) | $ (2,985,618.50) | |
| CNB | 22414399 | 08/04/11 | Friedman, Berwyn | $ (70,173.50) | $ (3,055,792.00) | |
| CNB | 22414399 | 08/05/11 | Friedman, Berwyn | $ (11,044.00) | $ (3,066,836.00) | |
| CNB | 22414399 | 09/06/11 | Friedman, Berwyn | $ (11,234.00) | $ (3,078,070.00) | |
| CNB | 22414399 | 09/07/11 | Friedman, Berwyn | $ (69,067.25) | $ (3,147,137.25) | |
| CNB | 22414399 | 09/12/11 | Friedman, Berwyn | $ (1,067.25) | $ (3,148,204.50) | |
| CNB | 22414399 | 10/04/11 | Friedman, Berwyn | $ (70,179.50) | $ (3,218,384.00) | |
| CNB | 22414399 | 10/05/11 | Friedman, Berwyn | $ (11,479.50) | $ (3,229,863.50) | |
| CNB | 22414399 | 11/04/11 | Friedman, Berwyn | $ (70,133.50) | $ (3,299,997.00) | |
| CNB | 22414399 | 11/07/11 | Friedman, Berwyn | $ (11,087.00) | $ (3,311,084.00) | |
| CNB | 22414399 | 12/05/11 | Friedman, Berwyn | $ (70,114.00) | $ (3,381,198.00) | |
| CNB | 22414399 | 12/06/11 | Friedman, Berwyn | $ (11,218.00) | $ (3,392,416.00) | $ (920,579.00) |
| CNB | 22414399 | 01/06/12 | Friedman, Berwyn | $ (11,080.00) | $ (3,403,496.00) | |
| CNB | 22414399 | 01/06/12 | Friedman, Berwyn | $ (90,152.00) | $ (3,493,648.00) | |
| CNB | 22414399 | 02/06/12 | Friedman, Berwyn | $ (10,814.50) | $ (3,504,462.50) | |
| CNB | 22414399 | 02/06/12 | Friedman, Berwyn | $ (90,157.50) | $ (3,594,620.00) | |
| CNB | 22414399 | 03/06/12 | Friedman, Berwyn | $ (10,553.50) | $ (3,605,173.50) | |
| CNB | 22414399 | 03/06/12 | Friedman, Berwyn | $ (90,170.50) | $ (3,695,344.00) | |
| CNB | 22414399 | 04/05/12 | Friedman, Berwyn | $ (10,357.50) | $ (3,705,701.50) | |
| CNB | 22414399 | 04/05/12 | Friedman, Berwyn | $ (90,124.50) | $ (3,795,826.00) | |
| CNB | 22414399 | 05/04/12 | Friedman, Berwyn | $ (10,655.00) | $ (3,806,481.00) | |
| CNB | 22414399 | 05/08/12 | Friedman, Berwyn | $ (90,178.00) | $ (3,896,659.00) | |
| CNB | 22414399 | 06/04/12 | Friedman, Berwyn | $ (90,145.00) | $ (3,986,804.00) | |
| CNB | 22414399 | 06/05/12 | Friedman, Berwyn | $ (10,453.50) | $ (3,997,257.50) | |
| CNB | 22414399 | 07/03/12 | Friedman, Berwyn | $ (13,228.50) | $ (4,010,486.00) | |
| CNB | 22414399 | 07/03/12 | Friedman, Berwyn | $ (90,217.50) | $ (4,100,703.50) | |
| CNB | 22414399 | 08/01/12 | Friedman, Berwyn | $ (90,174.00) | $ (4,190,877.50) | |
| CNB | 22414399 | 08/03/12 | Friedman, Berwyn | $ (13,670.50) | $ (4,204,548.00) | |
| CNB | 22414399 | 09/04/12 | Friedman, Berwyn | $ (90,209.50) | $ (4,294,757.50) | |
| CNB | 22414399 | 09/05/12 | Friedman, Berwyn | $ (13,871.00) | $ (4,308,628.50) | |
| CNB | 22414399 | 10/02/12 | Friedman, Berwyn | $ (13,822.00) | $ (4,322,450.50) | |
| CNB | 22414399 | 10/02/12 | Friedman, Berwyn | $ (90,892.50) | $ (4,413,343.00) | |
| CNB | 22414399 | 11/02/12 | Friedman, Berwyn | $ (101,490.50) | $ (4,514,833.50) | |
| CNB | 22414399 | 11/06/12 | Friedman, Berwyn | $ (13,599.50) | $ (4,528,433.00) | |
| CNB | 22414399 | 12/04/12 | Friedman, Berwyn | $ (13,568.00) | $ (4,542,001.00) | |
| CNB | 22414399 | 12/05/12 | Friedman, Berwyn | $ (100,057.50) | $ (4,642,058.50) | $ (1,249,642.50) |
| CNB | 22414399 | 01/03/13 | Friedman, Berwyn | $ (13,719.00) | $ (4,655,777.50) | |
| CNB | 22414399 | 01/07/13 | Friedman, Berwyn | $ (99,961.50) | $ (4,755,739.00) | |
| CNB | 22414399 | 02/05/13 | Friedman, Berwyn | $ (13,497.00) | $ (4,769,236.00) | |
| CNB | 22414399 | 03/01/13 | Friedman, Berwyn | $ (13,532.50) | $ (4,782,768.50) | |
| CNB | 22414399 | 03/19/13 | Friedman, Berwyn | $ (98,201.00) | $ (4,880,969.50) | |
| CNB | 22414399 | 03/19/13 | Friedman, Berwyn | $ (97,906.00) | $ (4,978,875.50) | |
| CNB | 22414399 | 04/04/13 | Friedman, Berwyn | $ (98,018.50) | $ (5,076,894.00) | |
| CNB | 22414399 | 04/05/13 | Friedman, Berwyn | $ (13,702.50) | $ (5,090,596.50) | |
| CNB | 22414399 | 05/02/13 | Friedman, Berwyn | $ (13,977.50) | $ (5,104,574.00) | |
| CNB | 22414399 | 05/03/13 | Friedman, Berwyn | $ (97,823.50) | $ (5,202,397.50) | |
| CNB | 22414399 | 06/04/13 | Friedman, Berwyn | $ (95,784.50) | $ (5,298,182.00) | |
| CNB | 22414399 | 06/04/13 | Friedman, Berwyn | $ (13,723.00) | $ (5,311,905.00) | |
| CNB | 22414399 | 07/02/13 | Friedman, Berwyn | $ (96,036.50) | $ (5,407,941.50) | |

| Bank Name | Account # | Date | Payor/Payee | | Amount | | Cumulative Total | | Annual |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 07/03/13 | Friedman, Berwyn | $ | (14,015.00) | $ | (5,421,956.50) | | |
| CNB | 22414399 | 08/01/13 | Friedman, Berwyn | $ | (96,042.50) | $ | (5,517,999.00) | | |
| CNB | 22414399 | 08/02/13 | Friedman, Berwyn | $ | (17,598.50) | $ | (5,535,597.50) | | |
| CNB | 22414399 | 09/03/13 | Friedman, Berwyn | $ | (96,029.50) | $ | (5,631,627.00) | | |
| CNB | 22414399 | 09/05/13 | Friedman, Berwyn | $ | (17,689.50) | $ | (5,649,316.50) | | |
| CNB | 22414399 | 10/01/13 | Friedman, Berwyn | $ | (95,904.50) | $ | (5,745,221.00) | | |
| CNB | 22414399 | 10/02/13 | Friedman, Berwyn | $ | (17,623.00) | $ | (5,762,844.00) | | |
| CNB | 22414399 | 11/04/13 | Friedman, Berwyn | $ | (95,998.50) | $ | (5,858,842.50) | | |
| CNB | 22414399 | 11/05/13 | Friedman, Berwyn | $ | (17,871.50) | $ | (5,876,714.00) | | |
| CNB | 22414399 | 12/02/13 | Friedman, Berwyn | $ | (105,488.50) | $ | (5,982,202.50) | | |
| CNB | 22414399 | 12/03/13 | Friedman, Berwyn | $ | (17,966.00) | $ | (6,000,168.50) | $ | (1,358,110.00) |
| CNB | 22414399 | 01/03/14 | Friedman, Berwyn | $ | (9,600.00) | $ | (6,009,768.50) | | |
| CNB | 22414399 | 01/03/14 | Friedman, Berwyn | $ | (17,847.50) | $ | (6,027,616.00) | | |
| CNB | 22414399 | 01/03/14 | Friedman, Berwyn | $ | (105,066.50) | $ | (6,132,682.50) | | |
| CNB | 22414399 | 02/06/14 | Friedman, Berwyn | $ | (103,797.00) | $ | (6,236,479.50) | | |
| CNB | 22414399 | 02/07/14 | Friedman, Berwyn | $ | (17,762.50) | $ | (6,254,242.00) | | |
| CNB | 22414399 | 03/04/14 | Friedman, Berwyn | $ | (103,023.00) | $ | (6,357,265.00) | | |
| CNB | 22414399 | 03/04/14 | Friedman, Berwyn | $ | (17,564.00) | $ | (6,374,829.00) | | |
| CNB | 22414399 | 04/02/14 | Friedman, Berwyn | $ | (17,286.50) | $ | (6,392,115.50) | | |
| CNB | 22414399 | 04/03/14 | Friedman, Berwyn | $ | (102,838.00) | $ | (6,494,953.50) | | |
| CNB | 22414399 | 05/02/14 | Friedman, Berwyn | $ | (17,529.50) | $ | (6,512,483.00) | | |
| CNB | 22414399 | 05/20/14 | Friedman, Berwyn | $ | (102,926.50) | $ | (6,615,409.50) | | |
| CNB | 22414399 | 06/03/14 | Friedman, Berwyn | $ | (18,009.50) | $ | (6,633,419.00) | | |
| CNB | 22414399 | 07/03/14 | Friedman, Berwyn | $ | (109,892.50) | $ | (6,743,311.50) | | |
| CNB | 22414399 | 07/08/14 | Friedman, Berwyn | $ | (17,698.00) | $ | (6,761,009.50) | | |
| CNB | 22414399 | 08/04/14 | Friedman, Berwyn | $ | (110,815.00) | $ | (6,871,824.50) | | |
| CNB | 22414399 | 08/15/14 | Friedman, Berwyn | $ | (17,758.00) | $ | (6,889,582.50) | $ | (889,414.00) |
| | | | **Total** | $ | **(6,889,582.50)** | | | $ | **(6,889,582.50)** |