DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>    Plaintiff,<br><br>    v.<br><br>BERWYN L. FRIEDMAN, individually and as Trustee of the BERWYN L. FRIEDMAN TRUST, DATED May 5, 1995,<br><br>    Defendants. | Case No. CV 15-06714 SJO (FFMx)<br><br>***EX PARTE* APPLICATION FOR APPROVAL OF JOINT STIPULATION REGARDING EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT** |

William J. Hoffman ("Receiver"), Court-appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, hereby submits this *Ex Parte* Application for Approval of Joint Stipulation Regarding Extension of Deadline to Respond to Complaint.

## I. BACKGROUND FACTS

The Court appointed the Receiver in the case entitled *SEC v. Nationwide Automated Systems, Inc., et al.*, Case No. 14-CV-072490-SJO-FFM ("SEC Action") on September 30, 2014 (temporary appointment) and October 29, 2014 (permanent appointment). SEC Action, Dkt. Nos. 17, 42. The Receiver sought authority to pursue claims against investors who received profits from the NASI Ponzi scheme ("Net Winners"), among others, as well as approval of proposed procedures for these "clawback" cases. SEC Action, Dkt. No. 64. The proposed procedures included offering to settle clawback claims against Net Winners for 70% of the profit amount received by each Net Winner during the seven-year reach back period for fraudulent transfer claims (75% if the Net Winner chooses to pay in 12 monthly installments). The Court granted the Receiver authority to pursue clawback claims and approved the proposed procedures. SEC Action, Dkt. No. 72.

On September 1, 2015, the Receiver filed his Complaint for Fraudulent Transfer, Unjust Enrichment, and Constructive Trust and related case initiating documents ("Complaint") against Defendant and Net Winner, Berwyn L. Friedman ("Friedman"). Dkt. No. 1. Friedman was served with the Complaint through his attorney Kathy Bazoian Phelps on September 17, 2015. Dkt. No. 11. Friedman's response to the Complaint was due October 8, 2015.

Friedman submitted a Financial Hardship Application with extensive supporting documents regarding his income, assets, and net worth. In order to avoid the expenses of litigation while the Receiver reviewed the documents and made a determination regarding whether an exception to the Court-approved settlement

1  parameters is warranted, the parties stipulated to a 60-day extension of Friedman's
2  deadline to respond to the Complaint.  The Court approved the stipulation,
3  extending Friedman's deadline to respond to December 7, 2015.
4      The Receiver completed his review of Friedman's financial documents,
5  determined an exception to the settlement parameters is warranted, and, through
6  counsel, negotiated the principal terms of a settlement.  The principals terms have
7  been agreed to by the parties, subject to documenting the agreement and obtaining
8  Court approval thereof.

## II.    CAUSE TO EXTEND RESPONSE DEADLINE

10  Rather than having the receivership estate, Friedman, and the Court expend
11 resources on this case while the Receiver and Friedman work to document and
12 obtain Court approval of the settlement, the parties ask the Court to extend
13 Friedman's deadline to respond for another 60 days.  A Stipulation and Proposed
14 Order to that effect have been filed concurrently herewith.  The Receiver believes
15 the settlement will be documented and the motion for approval resolved by the
16 Court within 60 days, at which point the case can be dismissed.

## III.    CONCLUSION

18  Accordingly, the Receiver requests the Court approve the Stipulation and
19 extend Friedman's deadline to respond to the Complaint by 60 days.

Dated:  December 8, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:      /s/ Ted Fates
TED FATES
Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver