DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>BERWYN L. FRIEDMAN, individually and as Trustee of the BERWYN L. FRIEDMAN TRUST, DATED May 5, 1995,<br><br>Defendants. | Case No. CV 15-06714 SJO (FFMx)<br><br>**JOINT STIPULATION REGARDING EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT** |

William Hoffman ("Receiver"), Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, and Defendant Berwyn L. Friedman, individually and as Trustee of the Berwyn L. Friedman Trust, dated May 5, 1995 ("Friedman"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS** the Receiver filed his Complaint for Fraudulent Transfer, Unjust Enrichment, and Constructive Trust ("Complaint") and related initiating case documents against Friedman on September 1, 2015;

**WHEREAS** Friedman was served with such Complaint through his attorney, Kathy Bazoian Phelps, on September 17, 2015.

**WHEREAS** Friedman's response to the Complaint was originally due October 8, 2015;

**WHEREAS** Friedman submitted a Financial Hardship Application and supporting financial documentation ("Financial Hardship Application"), requesting that the Receiver review his financial condition to determine if an exception to the Court-approved settlement parameters is warranted.

**WHEREAS** the Receiver needed time to review Friedman's Financial Hardship Application and supporting financial documentation and the parties wished to avoid litigation expenses during the review time.

**WHEREAS** the Receiver and Friedman stipulated to extend Friedman's deadline to respond to the complaint from October 8, 2015 to December 7, 2015, which stipulation was approved by the Court on October 9, 2015.

**WHEREAS** the Receiver completed his review of Friedman's Financial Hardship Application and supporting documentation and the parties have agreed on the principal terms of a settlement, subject to documenting the agreement and obtaining Court approval thereof.

**WHEREAS** the parties wish to avoid the expenses of litigation while they document the settlement agreement and seek Court approval thereof. The parties anticipate that the settlement can be documented and the Receiver's motion for approval heard and resolved by the Court within 60 days.

**THEREFORE**, the Receiver and Friedman stipulate as follows:

1. Friedman's deadline to respond to the Complaint is extended from December 7, 2015 to February 5, 2016.

**IT IS SO STIPULATED:**

Dated: December 8, 2015

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: /s/ Ted Fates
TED FATES
Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

Dated: December 8, 2015

DIAMOND McCARTHY LLP

By: /s/ Kathy Bazoian Phelps
KATHY BAZOIAN PHELPS
Attorney for Defendant
Berwyn L. Friedman

I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for Defendant Berwyn L. Friedman.