DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         tfates@allenmatkins.com
         thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                    December 10, 2015.

                CENTRAL DISTRICT OF CALIFORNIA
                BY:     VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>      Plaintiff,<br><br>   v.<br><br>BERWYN L. FRIEDMAN, individually and as Trustee of the BERWYN L. FRIEDMAN TRUST, DATED May 5, 1995,<br><br>      Defendants. | Case No. CV 15-06714 SJO (FFMx)<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT** |

1  The Court having considered the Joint Stipulation Regarding Extension of Deadline to Respond to Complaint ("Stipulation") of William Hoffman ("Receiver"), Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, and Defendant Berwyn L. Friedman, individually and as Trustee of the Berwyn L. Friedman Trust, dated May 5, 1995 ("Friedman") and good cause appearing therefor, hereby orders as follows:

    1.    The Stipulation is approved; and

    2.    Friedman's deadline to respond to the Complaint is extended from December 7, 2015 to February 5, 2016.

Dated: December 10, 2015.

*S. James Otero*

Hon. S. James Otero
Judge, United States District Court